SHEEDY v. FOSTER et al. (Supreme Court, Appellate Division, Second Department. March 19, 1915.) Action by Thomas F. Sheedy against William George Foster and another.

PER CURIAM. Motion for stay in the foreclosure action (152 N. Y. Supp. 1142) granted, on condition that appellant, Maria Foster, within 10 days after entry of judgment of affirmance by this court, perfect her appeal to the Court of Appeals, and file and serve an undertaking in the said action in the sum of $6,000, conditioned to pay any deficiency which may result upon the sale of the mortgaged premises under any judgment of foreclosure which has been or which hereafter may be entered in said action, the sureties upon which undertaking shall justify upon notice; otherwise, motion denied, with $10 costs.

SHERRY, Appellant, v. PROAL, Respondent. (Supreme Court, Appellate Division, First Department. January 22, 1915.) Action by Louis Sherry against Arthur B. Proal. F. Bien, of New York City, for appellant. M. W. Littleton, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 143 App. Div. 928, 128 N. Y. Supp. 1146.

SHERWOOD v. SARGOLD REALTY CO. (Supreme Court, Appellate Division, First Department. March 26, 1915.) Action by Edith Sherwood against the Sargold Realty Company. No Opinion. Application denied, with $10 costs. Order signed.

SHIELDS v. BYRD. (Supreme Court, Appellant Division, First Department. March 19, 1915.) Action by Thomas A. Shields against Anne H. Byrd. No opinion. Application granted. Order signed.

SILBERMAN, Appellant, v. SCHER, Respondent. (Supreme Court, Appellate Division, Second Department. April 23, 1915.) Action by Ida Silberman against Louis Scher. No opinion. Final judgment modified, by deducting therefrom $2.000 included therein as the value of the good will of the business, and also $1,-399.58 unpaid balance on account of material furnished on plaintiff's account from the wholesale store of Jacob Silberman, making a total reduction of $3,399.58, and, as so modified, it and the interlocutory judgment appealed from are severally affirmed, without costs to either party in this court. See, also, 157 App. Div. 895, 142 N. Y. Supp. 1144.

In re SIMMONS et al. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) In the matter of the application and petition of J. Edward Simmons and others, etc. Hill View Reservoir, section No. 1, plots A and B. No opinion. Motion for leave to appeal to the Court of Appeals denied.

SIMPSON, Respondent, v. HULETT, Appellant. (Supreme Court, Appellate Division, Third Department. May 5, 1915.) Action by Clara D. Simpson against Casper L. Hulett. No opinion. Order affirmed, with $10 costs and disbursements.

SIMPSON, Appellant, v. KUMPF, Respondent. (Supreme Court, Appellate Division, First Department. March 12, 1915.) Action by George W. Simpson, as receiver, against George L. Kumpf. L. E. Brown, of New York City, for appellant. J. Zelenko, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

SIMPSON et al., Respondents, v. STALLO, Appellant. (Supreme Court, Appellate Division, First Department. January 22, 1915.) Action by John W. Simpson and others against Edmund K. Stallo. N. Rockwood, of New York City, for appellant. G. Sumner, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 164 App. Div. 935, 149 N. Y. Supp. 1111.

SIMPSON, Respondent, v. WHITMAN, Appellant. (Supreme Court, Appellate Division, Second Department. March 12, 1915.) Action by Edward W. Simpson against James S. Whitman.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, on authority of Simpson v. Whitman, 147 App. Div. 642, 132 N. Y. Supp. 801.

STAPLETON, J., dissents.

SKEELE COAL CO. v. BAKER. (Supreme Court, Appellate Division, First Department. March 19, 1915.) Action by the Skeele Coal Company against Charles T. Baker. No opinion. Motion denied, with $10 costs. Order filed. See, also, 152 N. Y. Supp. 1143.

SKEELE COAL CO. v. BAKER. (No. 7097.) (Supreme Court, Appellate Division, First Department. April 1, 1915.) Appeal from Special Term, New York County. Action by the Skeele Coal Company against Charles T. Baker. From an order denying a motion to vacate an order of arrest, defendant appeals. Affirmed. See, also, 152 N. Y. Supp. 325; 152 N. Y. Supp. 1143. William J. Dawley, of New York City, for appellant. William L. Bowman, of New York City, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

HOTCHKISS, J. I dissent. The contract with the government was with defendant, and neither the contract nor any interest therein was assignable, nor could any lien be imposed thereon by any agreement between the parties. Nat. Bank of Commerce v. Downie, 218 U. S. 345, 31 Sup. Ct. 89, 54 L. Ed. 1065, 20 Ann. Cas. 1116; Nutt v. Knut, 200 U. S. 12, 26 Sup. Ct. 216, 50 L. Ed. 348. The warrants, when received by defendant, must necessarily have been received in his own right and as his property. The agreement to deliver the government